UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Kimberly Jones,<br>    *Plaintiff,*<br><br>v.<br><br>Equifax Information Services, LLC,<br>Experian Information Solutions, Inc.,<br>and Hyundai Capital America, Inc.<br>a/k/a Hyundai Motor Finance,<br>    *Defendants.* | Case No. 1:24-CV-00815-ADA |

## ORDER

On April 11, 2025, Plaintiff filed a joint stipulation of dismissal as to the only remaining defendant in this action, Experian Information Solutions, Inc. Dkt. 28. "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). Accordingly, as nothing remains to resolve, **IT IS ORDERED** that this case is **CLOSED**.

**SIGNED** on April 11, 2025.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE